The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUTUMN ST. GEORGE,<br><br>                Plaintiff,<br><br>vs.<br><br>SEQUIM SCHOOL DISTRICT, CATHERINE S. SHEA, and her marital community, VINCENT RICCOBENE, and his marital community, and RHONDA KROMM, and her marital community,<br><br>                Defendants. | NO. 3:18-cv-05372-RJB<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES AND STIPULATED ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE** |

    Notice is hereby given that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST
ALL PARTIES AND STIPULATED ORDER DISMISSING
AMENDED COMPLAINT WITH PREJUDICE - 1

**GALLAGHER LAW OFFICE PS**
10611 Battle Point Drive NE
Bainbridge Island, Washington 98110-1493
TEL. 206.855-9310 • FAX 206.462.1557
www.nwprolaw.com

THE PARTIES HEREBY STIPULATE that Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

STIPULATED TO, DATED AND RESPECTFULLY SUBMITTED this 14th day of March, 2019.

GALLAGHER LAW OFFICE, PS

By: /s/ Daniel C. Gallagher
    Daniel C. Gallagher, WSBA # 21940
    Email: dan@nwprolaw.com
    10611 Battle Point Drive
    Bainbridge Island, Washington 98110
    Telephone: (206) 855-9310
    Facsimile: (206) 855-2878

    *Attorneys for Plaintiff*

PREG O'DONNELL & GILLETT PLLC

By: /s/ Emma Gillespie
    Emma Gillespie, WSBA #33255
    Email: egillespie@pregodonnell.com
    Jennifer L. Clark WSBA #51079
    Email: jclark@pregodonnell.com
    901 Fifth Avenue, Suite 3400
    Seattle, Washington 98164
    Telephone: (206) 287-1775
    Facsimile: (206) 287-9113

    *Attorneys for Defendant*

////

////

////

////

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES AND STIPULATED ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE - 2

**GALLAGHER LAW OFFICE PS**
10611 Battle Point Drive NE
Bainbridge Island, Washington 98110-1493
TEL. 206.855-9310 • FAX 206.462.1557
www.nwprolaw.com

IT IS SO ORDERED.

DATED this 15th day of March, 2019.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

*Presented by:*

GALLAGHER LAW OFFICE, PS

 /s/ Daniel C. Gallagher
Daniel C. Gallagher, WSBA # 21940
Email:  dan@nwprolaw.com
10611 Battle Point Drive
Bainbridge Island, Washington 98110
Telephone:  (206) 855-9310
Facsimile:  (206) 855-2878

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST
ALL PARTIES AND STIPULATED ORDER DISMISSING
AMENDED COMPLAINT WITH PREJUDICE - 3

**GALLAGHER LAW OFFICE PS**
10611 Battle Point Drive NE
Bainbridge Island, Washington  98110-1493
TEL. 206.855-9310 • FAX 206.462.1557
www.nwprolaw.com